IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3012 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| RAYMOND RICHARDSON, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue the trial currently set for November 7, 2011. (Filing No. 40.) As explained in the defendant's motion, the parties are engaged in ongoing plea discussions and need additional time to determine whether the defendant will enter a plea of guilty. The government does not oppose the requested continuance. The court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 40), is granted.

2) The trial of this case is set to commence before the Honorable Warren K. Urbom at 9:00 a.m. on January 9, 2012, or as soon thereafter as the case may be called, for a duration of five (5) trial days, in Courtroom 4, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

3) A conference with counsel for the parties will be held before Judge Urbom in his chambers beginning at 8:30 a.m. on January 9, 2012.

4) Based upon the showing set forth in the defendant's motion and the representations of defendant's counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and January 9, 2012 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

October 27, 2011

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge