IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3012 |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND RICHARDSON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The parties are engaged in exploring plea options and need additional time to complete those discussions. The defendant has therefore orally moved to continue the trial previously set for February 13, 2012. Filing No. 54. After considering the parties' arguments and conferring with the defendant,

IT IS ORDERED:

1)  The trial of this case, previously set for February 13, 2012, is continued pending further order of the court.

2)  A status conference will be held before the undersigned magistrate judge on February 3, 2012 at 10:00 a.m. in Courtroom 2, Lincoln Federal Building, Lincoln, Nebraska. The defendant, his counsel, and counsel for the government shall be present at the hearing.

3)  Based on the representations of counsel, and with the defendant's consent, the time between today and February 3, 2012 shall be excluded from any computation of time under the Speedy Trial Act in the interests of justice.

DATED this 26th day of January, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge